COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-06-260-CV

PARKER COUNTY HOSPITAL DISTRICT 
APPELLANT

D/B/A CAMPBELL HEALTH SYSTEM

V.

NANCY BLAIR APPELLEE

 
 

----------

FROM THE 43
RD
 DISTRICT COURT OF PARKER COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered “Appellant’s Motion To Dismiss Appeal As Moot.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal as moot.  
See
 T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the appellant
, for which let execution issue.  
See 
Tex. R. App. P.
 
43.4.

PER CURIAM

PANEL D:   HOLMAN, GARDNER, and WALKER, JJ. 

DELIVERED:  February 15, 2007

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.